PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JESSICA MATUSKY, *et al.*, ) | |
| ) | CASE NO. 4:17CV1535 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| AVALON HOLDINGS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **JUDGMENT ENTRY** |

Having filed its Memorandum of Opinion and Order, the Court hereby enters judgment in favor of Defendants Avalon Holdings Corporation, The Avalon Resort and Spa LLC, Avalon Golf and Country Club, Inc., Avalon Country Club at Sharon, Inc., and Ronald Klingle against Plaintiffs Jessica Matusky, John Stahl, and Zackary Kerr on the Amended Collective Action Complaint (ECF No. 31-1).

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

 March 29, 2019   */s/ Benita Y. Pearson*
Date                Benita Y. Pearson
                    United States District Judge